**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Helen H. Park*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*Camden, NJ 08102*
*helen.park@usdoj.gov*

*main: (856) 757-5026*
*direct: (856) 754-2247*

October 26, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Martinez Flores v. Venturella, et al.*, No. 26-13178 (CCC)**
**Response to ECF No. 2**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. On October 16, 2026, we confirmed, that on October 8, 2026, ICE issued a Form I-286, Notice of Custody Determination, authorizing Petitioner's release on bond of $7,500. A bond hearing was scheduled for October 20, 2026, and at that hearing, an Immigration Judge ordered Petitioner's release on bond of $8,000. *See* Ex. A.

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a). *See, e.g., Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must exhaust administrative remedies before bringing a habeas petition). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Helen Park*
HELEN H. PARK
Assistant United States Attorney
*Attorneys for Respondents*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/27/2026